UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------

Daniel Ravicher

               Plaintiff,

Case No. 13-cv-1665

-against-

Moynihan, et al.

               Defendant.
-------------------------------------------------

## NOTICE OF CHANGE OF ADDRESS

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending     [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for:

__Daniel Ben Ravicher__
FILL IN ATTORNEY NAME

My SDNY Bar Number is: __DR0843__   My State Bar Number is __NY 3956000__

I am:

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:   FIRM NAME: __Benjamin N. Cardozo School of Law__
                  FIRM ADDRESS: __55 Fifth Avenue, New York, NY 10003__
                  FIRM TELEPHONE NUMBER: __(212) 790-0442__
                  FIRM FAX NUMBER: __(212) 591-6038__

NEW FIRM:   FIRM NAME: __Ravicher Law Firm__
                    FIRM ADDRESS: __2000 Ponce De Leon Blvd, Suite 600, Coral Gables, FL 33134__
                  FIRM TELEPHONE NUMBER: __(786) 505-1205__
                  FIRM FAX NUMBER: __(212) 591-6038__

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

Dated: June 3, 2013

                                                      */s/ Daniel B. Ravicher*
                                                      ATTORNEY'S SIGNATURE