## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/27/13

| | |
|---|---|
| DANIEL RAVICHER, derivatively on behalf of BANK OF AMERICA CORPORATION, JPMORGAN CHASE & CO., and WELLS FARGO & COMPANY,<br><br>                Plaintiff,<br>v.<br><br>BRIAN T. MOYNIHAN, BRUCE R. THOMPSON, NEIL A. COTTY, SHARON L. ALLEN, MUKESH D. AMBANI, SUSAN S. BIES, JACK O. BOVENDER, FRANK P. BRAMBLE, VIRGIS W. COLBERT, CHARLES K. GIFFORD, CHARLES O. HOLLIDAY, JR., LINDA P. HUDSON, MONICA C. LOZANO, THOMAS J. MAY, DONALD E. POWELL, CHARLES O. ROSSOTTI, ROBERT W. SCULLY, R. DAVID YOST, EDWARD P. O'KEEFE, JAMES DIMON, JAMES A. BELL, CRANDALL C. BOWLES, STEPHEN B. BURKE, DAVID M. COTE, JAMES S. CROWN, TIMOTHY P. FLYNN, ELLEN V. FUTTER, LABAN P. JACKSON, JR., LEE R. RAYMOND, WILLIAM C. WELDON, MARIANNE LAKE, MARK W. O'DONOVAN, STEPHEN CUTLER, JOHN G. STUMPF, JOHN D. BAKER II, ELAINE L. CHAO, JOHN S. CHEN, LLOYD H. DEAN, E. ENGEL, ENRIQUE HERNANDEZ, JR., DONALD M. JAMES, CYNTHIA H. MILLIGAN, NICHOLAS G. MOORE, FEDERICO F. PEÑA, PHILIP J. QUIGLEY, HOWARD V. RICHARDSON, JUDITH M. RUNSTAD, STEPHEN W. SANGER, TIMOTHY J. SLOAN, RICHARD D. LEVY, and JAMES M. STROTHER,<br><br>                Defendants,<br>and<br><br>BANK OF AMERICA CORPORATION, JPMORGAN CHASE & CO., and WELLS FARGO & COMPANY, all Delaware corporations,<br><br>                Nominal Defendants. | ECF CASE<br><br>CASE NO. 13-CV-1665-LLS<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

PLEASE TAKE NOTICE that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure Plaintiff Daniel Ravicher hereby dismisses this action without prejudice against Defendant JOHN D. BAKER II.

Dated: June 25, 2013                    Respectfully Submitted,

                                        LAW OFFICES OF DANIEL B. RAVICHER

                                        By: /s/Daniel B. Ravicher
                                            Daniel B. Ravicher (DR0843)
                                            2000 Ponce De Leon Blvd, Ste 600
                                            Coral Gables, Florida 33134
                                            (786) 505-1205
                                            dan@ravicher.com


**SO ORDERED:**

*Louis L. Stanton*
U.S.D.J.

6/27/13