ORIGINAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/10/13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

DANIEL RAVICHER, derivatively on behalf of BANK OF
AMERICA CORPORATION, JPMORGAN CHASE &
CO., and WELLS FARGO & COMPANY,

       Plaintiff,

v.

BRIAN T. MOYNIHAN, *et al.*

       Defendants,

and

BANK OF AMERICA CORPORATION, JPMORGAN
CHASE & CO., and WELLS FARGO & COMPANY, all
Delaware corporations,

       Nominal Defendants.
-----------------------------------------------------------x

13 cv 1665 (LLS)

ECF Case

**STIPULATION AND
[PROPOSED] ORDER
EXTENDING TIME TO
RESPOND TO
COMPLAINT**

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that the time for all defendants and nominal defendants to move, answer or otherwise respond to the Verified Shareholder Derivative Complaint in the above proceeding shall be extended from July 15, 2013 to and including August 9, 2013. Plaintiff Daniel Ravicher's response, if any, shall be served and filed no later than September 20, 2013. All defendants' and nominal defendants' replies, if any, shall be served and filed no later than October 18, 2013. This is the parties' first request for an extension of these deadlines.

Dated: New York, New York
   July 9, 2013

LAW OFFICES OF DANIEL B. RAVICHER

By: *Daniel B. Ravicher*
   Daniel B. Ravicher
   dan@ravicher.com

2000 Ponce De Leon Boulevard, Suite 600
Coral Gables, Florida 33134
(786) 505-1205

*Attorney for Plaintiff Daniel Ravicher*

SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP

By: _____
    Scott D. Musoff
    scott.musoff@skadden.com

4 Times Square
New York, New York 10036
(212) 73507852

*Attorneys for Nominal Defendant Bank of America Corporation*


DAVIS POLK & WARDWELL LLP

By: _____
    Charles S. Duggan
    Charles.duggan@davispolk.com

450 Lexington Avenue
New York, New York 10017
(212) 450-4000

*Attorneys for Defendants Brian T. Moynihan, Bruce R. Thompson, Neil A. Cotty, Sharon L. Allen, Mukesh D. Ambani, Susan S. Bies, Jack O. Bovender, Frank P. Bramble, Virgis W. Colbert, Charles K. Gifford, Charles O. Holliday, Jr., Linda P. Hudson, Monica C. Lozano, Thomas J. May, Donald E. Powell, Charles O. Rossotti, Robert W. Scully, R. David Yost and Edward P. O'Keefe*


DEBEVOISE & PLIMPTON LLP

By: _____
    Gary W. Kubek
    gwkubek@debevoise.com

919 Third Avenue
New York, New York 10022
(212) 909-6000

*Attorneys for Nominal Defendant JP Morgan Chase & Co. and Defendants James Dimon, Marianne Lake, Mark W. O'Donovan and Stephen Cutler*

2

SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP

By:_____
    Scott D. Musoff
    scott.musoff@skadden.com

4 Times Square
New York, New York 10036
(212) 73507852

*Attorneys for Nominal Defendant Bank of America Corporation*

DAVIS POLK & WARDWELL LLP

By: /s/ Charles S. Duggan
    Charles S. Duggan
    Charles.duggan@davispolk.com

450 Lexington Avenue
New York, New York 10017
(212) 450-4000

*Attorneys for Defendants Brian T. Moynihan, Bruce R. Thompson, Neil A. Cotty, Sharon L. Allen, Mukesh D. Ambani, Susan S. Bies, Jack O. Bovender, Frank P. Bramble, Virgis W. Colbert, Charles K. Gifford, Charles O. Holliday, Jr., Linda P. Hudson, Monica C. Lozano, Thomas J. May, Donald E. Powell, Charles O. Rossotti, Robert W. Scully, R. David Yost and Edward P. O'Keefe*

DEBEVOISE & PLIMPTON LLP

By:_____
    Gary W. Kubek
    gwkubek@debevoise.com

919 Third Avenue
New York, New York 10022
(212) 909-6000

*Attorneys for Nominal Defendant JP Morgan Chase & Co. and Defendants James Dimon, Marianne Lake, Mark W. O'Donovan and Stephen Cutler*

2

SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP

By:_____
     Scott D. Musoff
     scott.musoff@skadden.com

4 Times Square
New York, New York  10036
(212) 73507852

*Attorneys for Nominal Defendant Bank of America Corporation*


DAVIS POLK & WARDWELL LLP

By:_____
     Charles S. Duggan
     Charles.duggan@davispolk.com

450 Lexington Avenue
New York, New York  10017
(212) 450-4000

*Attorneys for Defendants Brian T. Moynihan, Bruce R. Thompson, Neil A. Cotty, Sharon L. Allen, Mukesh D. Ambani, Susan S. Bies, Jack O. Bovender, Frank P. Bramble, Virgis W. Colbert, Charles K. Gifford, Charles O. Holliday, Jr., Linda P. Hudson, Monica C. Lozano, Thomas J. May, Donald E. Powell, Charles O. Rossotti, Robert W. Scully, R. David Yost and Edward P. O'Keefe*


DEBEVOISE & PLIMPTON LLP

By:_____
     Gary W. Kubek
     gwkubek@debevoise.com

919 Third Avenue
New York, New York  10022
(212) 909-6000

*Attorneys for Nominal Defendant JP Morgan Chase & Co. and Defendants James Dimon, Marianne Lake, Mark W. O'Donovan and Stephen Cutler*

2

SHEARMAN & STERLING LLP

By: _____
Jaculin Aaron
jaaron@shearman.com

599 Lexington Avenue
New York, New York 10022
(212) 848-4450

*Attorneys for Defendants James A. Bell, Crandall C. Bowles, Stephen B. Burke, David M. Cote, James S. Crown, Timothy P. Flynn, Ellen V. Futter, Laban P. Jackson, Jr., Lee R. Raymond and William C. Weldon*

FRIEDMAN KAPLAN SEILER
& ADELMAN LLP

By: _____
Andrew W. Goldwater
agoldwater@fklaw.com

7 Times Square, 28th Floor
New York, New York 10036
(212) 833-1106

*Attorneys for Nominal Defendant Wells Fargo & Co. and Defendants John G. Stumpf, John D. Baker II, Elaine L. Chao, John S. Chen, Lloyd H. Dean, E. Engel, Enrique Hernandez, Jr., Donald M. James, Cynthia H. Milligan, Nicholas G. Moore, Federico F. Peña, Philip J. Quigley, Howard V. Richardson, Judith M. Runstad, Stephen W. Sanger, Timothy J. Sloan, Richard D. Levy and James M. Strother*

SO ORDERED:

_____
Honorable Louis L. Stanton
United States District Judge

July 9, 2013

3