UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
DANIEL RAVICHER, derivatively                             :
on behalf of BANK OF AMERICA CORPORATION,   :
JPMORGAN CHASE & CO., and WELLS FARGO &   :
COMPANY,                                                         :
                                                                        :
                     Plaintiff,                                 :
                                                                        :
        - against -                                         :      1:13-cv-01665 (LLS)
                                                                        :
BRIAN T. MOYNIHAN, et al.,                              :
                Defendants,                            :
        - and -                                                 :
                                                                        :
BANK OF AMERICA CORPORATION, JPMORGAN :
CHASE & CO., and WELLS FARGO                      :
& COMPANY, all Delaware corporations,           :
                Nominal Defendants.              :
                                                                        :
                                                                        :
------------------------------------------------------------------x

       PLEASE TAKE NOTICE that the undersigned hereby respectfully enters his appearance as attorney of record in the above-captioned proceeding for defendants Brian T. Moynihan, Bruce R. Thompson, Neil A. Cotty, Sharon L. Allen, Mukesh D. Ambani, Susan S. Bies, Jack O. Bovender, Frank P. Bramble, Virgis W. Colbert, Charles K. Gifford, Charles O. Holliday, Jr., Linda P. Hudson, Monica C. Lozano, Thomas J. May, Donald E. Powell, Charles O. Rossotti, Robert W. Scully, R. David Yost and Edward P. O'Keefe and requests that all subsequent papers be served upon him at the address below.

Dated: New York, New York
August 9, 2013

DAVIS POLK & WARDWELL LLP

By: /s Charles S. Duggan
Charles S. Duggan

450 Lexington Avenue
New York, New York  10017
(212) 450-4000
charles.duggan@davispolk.com

*Counsel for Defendants Brian T. Moynihan, Bruce R. Thompson, Neil A. Cotty, Sharon L. Allen, Mukesh D. Ambani, Susan S. Bies, Jack O. Bovender, Frank P. Bramble, Virgis W. Colbert, Charles K. Gifford, Charles O. Holliday, Jr., Linda P. Hudson, Monica C. Lozano, Thomas J. May, Donald E. Powell, Charles O. Rossotti, Robert W. Scully, R. David Yost and Edward P. O'Keefe*