UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
DANIEL RAVICHER, derivatively
on behalf of BANK OF AMERICA CORPORATION,
JPMORGAN CHASE & CO., and WELLS FARGO &
COMPANY,

        Plaintiff,

   - against -

BRIAN T. MOYNIHAN, et al.,
        Defendants,
   - and -

BANK OF AMERICA CORPORATION, JPMORGAN
CHASE & CO., and WELLS FARGO
& COMPANY, all Delaware corporations,
        Nominal Defendants.
-------------------------------------------------------------------x

**ECF CASE**

13 Civ. 1665 (LLS)

**NOTICE OF APPEARANCE**

      PLEASE TAKE NOTICE that Gary W. Kubek of Debevoise & Plimpton LLP hereby respectfully appears on behalf of defendants James Dimon, Marianne Lake, Mark O'Donovan and Stephen Cutler and nominal defendant JPMorgan Chase & Co. and requests that notice of electronic filing of all papers be transmitted to him at the address given below.

Dated:   New York, New York
           August 9, 2013

DEBEVOISE & PLIMPTON LLP

By:  /s/ Gary W. Kubek
      Gary W. Kubek

919 Third Avenue
New York, New York 10022
(212) 909-6000
gwkubek@debevoise.com

*Counsel for Defendants James Dimon,
Marianne Lake, Mark W. O'Donovan
and Stephen Cutler and Nominal Defendant
JPMorgan Chase & Co.*

23949702v01

## CERTIFICATE OF SERVICE

I hereby certify that on August 9, 2013, the above Notice of Appearance on behalf of defendants James Dimon, Marianne Lake, Mark O' Donovan and Stephen Cutler and nominal defendant JPMorgan Chase & Co. was filed electronically with the Clerk of Court through the CM/ECF system, and was uploaded to the CM/ECF system which will send an e-notice of electronic filing to all counsel of record.

Dated:   New York, New York
         August 9, 2013

By:   /s/ Gary W. Kubek
      Gary W. Kubek