UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
DANIEL RAVICHER, derivatively
on behalf of BANK OF AMERICA CORPORATION,
JPMORGAN CHASE & CO., and WELLS FARGO &
COMPANY,

                Plaintiff,

      - against -

BRIAN T. MOYNIHAN, et al.,

                Defendants,
      - and -

BANK OF AMERICA CORPORATION, JPMORGAN
CHASE & CO., and WELLS FARGO
& COMPANY, all Delaware corporations,
                Nominal Defendants.
---------------------------------------------------------------x

13 Civ. 1665 (LLS)

**NOTICE OF APPEARANCE**

      PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for nominal defendant Wells Fargo & Company and defendants John G. Stumpf, Elaine L. Chao, John S. Chen, Lloyd H. Dean, Susan E. Engel, Enrique Hernandez, Jr., Donald M. James, Cynthia H. Milligan, Nicholas G. Moore, Federico F. Pena, Philip J. Quigley, Howard V. Richardson, Judith M. Runstad, Stephen W. Sanger, Timothy J. Sloan, Richard D. Levy, and James M. Strother, and requests that he hereafter be served with all papers.

Dated:    New York, New York
          August 9, 2013

                               FRIEDMAN KAPLAN SEILER &
                                  ADELMAN LLP

                                   /s/ Andrew W. Goldwater
Andrew W. Goldwater (agoldwater@fklaw.com)
7 Times Square
New York, NY 10036-6516
(212) 833-1106

*Attorneys for the Wells Fargo Defendants*