UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
DANIEL RAVICHER, derivatively                     :
on behalf of BANK OF AMERICA CORPORATION,         :
JPMORGAN CHASE & CO., and WELLS FARGO &           :
COMPANY,                                          :
                                                  :   13 Civ. 1665 (LLS)
                              Plaintiff,          :
                                                  :
            - against -                           :   **NOTICE OF APPEARANCE**
                                                  :
BRIAN T. MOYNIHAN, et al.,                        :
                              Defendants,         :
            - and -                               :
                                                  :
BANK OF AMERICA CORPORATION, JPMORGAN             :
CHASE & CO., and WELLS FARGO                      :
& COMPANY, all Delaware corporations,             :
                        Nominal Defendants.       :
                                                  :
                                                  :
-------------------------------------------------------------------x

      PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for nominal defendant Wells Fargo & Company and defendants John G. Stumpf, Elaine L. Chao, John S. Chen, Lloyd H. Dean, Susan E. Engel, Enrique Hernandez, Jr., Donald M. James, Cynthia H. Milligan, Nicholas G. Moore, Federico F. Pena, Philip J. Quigley, Howard V. Richardson, Judith M. Runstad, Stephen W. Sanger, Timothy J. Sloan, Richard D. Levy, and James M. Strother, and requests that he hereafter be served with all papers.

Dated: New York, New York
August 9, 2013

                            FRIEDMAN KAPLAN SEILER &
                                ADELMAN LLP

                                /s/ Jason C. Rubinstein
Jason C. Rubinstein (jrubinstein@fklaw.com)
7 Times Square
New York, NY 10036-6516
(212) 833-1131

*Attorneys for the Wells Fargo Defendants*