UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
DANIEL RAVICHER, derivatively :
on behalf of BANK OF AMERICA CORPORATION, :
JPMORGAN CHASE & CO., and WELLS FARGO & :
COMPANY, :
                    Plaintiff, :
:
      - against - :
: 13 Civ. 1665 (LLS)
BRIAN T. MOYNIHAN, et al., :
:
                    Defendants, :
:
      - and - :
:
BANK OF AMERICA CORPORATION, JPMORGAN :
CHASE & CO., and WELLS FARGO :
& COMPANY, all Delaware corporations, :
:
                Nominal Defendants. :
------------------------------------------------------------------x

## **RULE 7.1 STATEMENT**

      Pursuant to Federal Rule of Civil Procedure 7.1, nominal defendant Wells Fargo & Company certifies that it is a publicly held corporation, and no publicly held corporation owns 10% or more of its stock.

Dated: New York, New York
       August 9, 2013

                                FRIEDMAN KAPLAN SEILER & ADELMAN LLP


                                  /s/ Eric Seiler
                              By: Eric Seiler
                                  Andrew W. Goldwater
                                  Jason C. Rubinstein
                                  Lindsey R. Skibell

1043434.1

7 Times Square
New York, New York 10036-6516
(212) 833-1100
(212) 909-6836
eseiler@fklaw.com
agoldwater@fklaw.com
jrubinstein@fklaw.com
rskibell@fklaw.com

*Attorneys for Nominal Defendant Wells Fargo & Company*