UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
DANIEL RAVICHER, derivatively :
on behalf of BANK OF AMERICA CORPORATION, :
JPMORGAN CHASE & CO., and WELLS FARGO & :
COMPANY, :
: 13 Civ. 1665 (LLS)
    Plaintiff, :
: **NOTICE OF MOTION TO**
  - against - : **DISMISS THE VERIFED**
: **SHAREHOLDER**
BRIAN T. MOYNIHAN, et al., : **DERIVATIVE COMPLAINT**
    Defendants, :
  - and - :
:
BANK OF AMERICA CORPORATION, JPMORGAN :
CHASE & CO., and WELLS FARGO :
& COMPANY, all Delaware corporations, :
    Nominal Defendants. :
:
:
-------------------------------------------------------------------x

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Defendants' and Nominal Defendants' Motion to Dismiss the Verified Shareholder Derivative Complaint, and all prior pleadings and proceedings in this action, defendants, by their undersigned counsel, will move this Court before the Honorable Louis L. Stanton, at the United States Courthouse, 500 Pearl Street, New York, New York 10007, at a date and time to be set by the Court, for an order pursuant to Rules 9(b), 12(b)(6), and 23.1 of the Federal Rules of Civil Procedure and applicable Delaware law, dismissing with prejudice the claims asserted against them, along with such other and further relief as the Court deems just and proper. Nominal defendants Bank of America Corporation, JPMorgan Chase & Co., and Wells Fargo & Co. join only in that portion of the motion seeking dismissal pursuant to Rule 23.1.

Dated:   New York, New York
         August 9, 2013

                                  Respectfully submitted,

                                  FRIEDMAN KAPLAN SEILER &
                                    ADELMAN LLP

By: /s/ Eric Seiler
    Eric Seiler
    Andrew W. Goldwater
    Jason C. Rubinstein
    Lindsey R. Skibell

7 Times Square
New York, NY  10036-6516
Tel.:  (212) 833-1100
Fax:  (212) 909-6836
eseiler@fklaw.com
agoldwater@fklaw.com
jrubinstein@fklaw.com
rskibell@fklaw.com

*Attorneys for the Wells Fargo Defendants*

| DEBEVOISE & PLIMPTON LLP | SHEARMAN & STERLING LLP |
|---|---|
| By: /s/ Gary W. Kubek | By: /s/ Stuart J. Baskin |
|     Gary W. Kubek |     Stuart J. Baskin |
|     Ashley E. Fisher |     Jaculin Aaron |
| 919 Third Avenue | 599 Lexington Avenue |
| New York, New York  10022 | New York, New York  10022-6069 |
| Tel.:  (212) 909-6000 | Tel.:  (212) 848-4000 |
| Fax:  (212) 909-6836 | Fax:  (212) 848-7179 |
| gwkubek@debevoise.com | sbaskin@shearman.com |
| aefisher@debevoise.com | jaaron@shearman.com |
| *Attorneys for Nominal Defendant JPMorgan Chase & Co. and Defendants Cutler, Dimon, Lake and O'Donovan* | *Attorneys for the JPMorgan Independent Directors* |

| | |
|---|---|
| SKADDEN, ARPS, SLATE,<br>  MEAGHER & FLOM LLP | DAVIS POLK & WARDWELL LLP |

By:  /s/ Scott D. Musoff                     By:  /s/ Charles S. Duggan                 
    Scott D. Musoff                                 Charles S. Duggan
    Paul J. Lockwood                             Brian M. Burnovski

4 Times Square                                   450 Lexington Avenue
New York, New York 10036              New York, New York 10017
Tel.:  (212) 735-3000                          Tel.:  (212) 450-4000
Fax:  (212) 735-2000/1                       Fax:  (212) 701-5800
scott.musoff@skadden.com              charles.duggan@davispolk.com
paul.lockwood@debevoise.com      brian.burnovski@davispolk.com

*Attorneys for Nominal Defendant Bank of America Corp.*          *Attorneys for the Bank of America Individual Defendants*


TO: Daniel Ravicher, Esq.
     RAVICHER LAW FIRM
     2000 Ponce De Leon Blvd., Suite 600
     Coral Gables, FL 35134
     Tel:  (786) 505-1205
     Fax: (212) 591-6038
     ravicher@gmail.com