UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
DANIEL RAVICHER, derivatively                   :
on behalf of BANK OF AMERICA CORPORATION, :
JPMORGAN CHASE & CO., and WELLS FARGO & :  **ECF CASE**
COMPANY,                                        :
                                                :  13 Civ. 1665 (LLS)
            Plaintiff,                          :
                                                :  **RULE 7.1 DISCLOSURE**
    - against -                                 :  **STATEMENT**
                                                :
BRIAN T. MOYNIHAN, et al.,                      :
            Defendants,                         :
    - and -                                     :
                                                :
BANK OF AMERICA CORPORATION, JPMORGAN :
CHASE & CO., and WELLS FARGO                    :
& COMPANY, all Delaware corporations,           :
            Nominal Defendants.                 :
-----------------------------------------------------------------x

       Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable judges and magistrate judges of the Court to evaluate possible disqualifications or recusal, the undersigned counsel for defendants James Dimon, Marianne Lake, Mark O'Donovan and Stephen Cutler, and nominal defendant JPMorgan Chase & Co. states that JPMorgan Chase & Co. is a publicly-traded corporation. No publicly-held corporation owns ten percent (10%) or more of JPMorgan Chase & Co.'s stock.

Dated:   August 9, 2013
         New York, New York

                                            Respectfully submitted,

                                            DEBEVOISE & PLIMPTON LLP

                                            By: /s/ Gary W. Kubek
                                                 Gary W. Kubek

                                            919 Third Avenue
                                            New York, New York 10022
                                            (212) 909-6000
                                            gwkubek@debevoise.com

                                            *Counsel for Defendants James Dimon,*
                                              *Marianne Lake, Mark W. O'Donovan*
                                              *and Stephen Cutler and Nominal Defendant*
                                              *JPMorgan Chase & Co.*

23949894v01