```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
DANIEL RAVICHER, derivatively           :
on behalf of BANK OF AMERICA CORPORATION, :
JPMORGAN CHASE & CO., and WELLS FARGO & :
COMPANY,                                :
                                        :
                Plaintiff,              : 13 Civ. 1665 (LLS)
                                        :
        - against -                     :
                                        :
BRIAN T. MOYNIHAN, et al.,              : RULE 7.1 CORPORATE
                Defendants,             : DISCLOSURE STATEMENT
        - and -                         : OF NOMINAL DEFENDANT
                                        : BANK OF AMERICA
BANK OF AMERICA CORPORATION, JPMORGAN   : CORPORATION
CHASE & CO., and WELLS FARGO            :
& COMPANY, all Delaware corporations,   :
                Nominal Defendants.     :
                                        :
                                        :
-------------------------------------------------------------------x
```

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, Defendant Bank of America Corporation, a private non-governmental party, hereby certifies that Bank of America Corporation is a publicly held company, does not have any parent corporations and no publicly held company has an ownership interest of 10% or more in Bank of America Corporation.

Dated: New York, New York
       August 12, 2013

>                /s/ Scott D. Musoff
>                _____
>                Scott D. Musoff (scott.musoff@skadden.com)
>                SKADDEN, ARPS, SLATE, MEAGHER &
>                  FLOM LLP
>                Four Times Square
>                New York, New York 10036
>                (212) 735-3000
>
>                *Attorneys for Nominal Defendants Bank of
>                America Corporation*