UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DANIEL RAVICHER, derivatively on behalf of BANK OF AMERICA CORPORATION, JPMORGAN CHASE & CO., and WELLS FARGO & COMPANY, | |
| Plaintiff, | |
| v. | |
| BRIAN T. MOYNIHAN, BRUCE R. THOMPSON, NEIL A. COTTY, SHARON L. ALLEN, MUKESH D. AMBANI, SUSAN S. BIES, JACK O. BOVENDER, FRANK P. BRAMBLE, VIRGIS W. COLBERT, CHARLES K. GIFFORD, CHARLES O. HOLLIDAY, JR., LINDA P. HUDSON, MONICA C. LOZANO, THOMAS J. MAY, DONALD E. POWELL, CHARLES O. ROSSOTTI, ROBERT W. SCULLY, R. DAVID YOST, EDWARD P. O' KEEFE, JAMES DIMON, JAMES A. BELL, CRANDALL C. BOWLES, STEPHEN B. BURKE, DAVID M. COTE, JAMES S. CROWN, TIMOTHY P. FLYNN, ELLEN V. FUTTER, LABAN P. JACKSON, JR., LEE R. RAYMOND, WILLIAM C. WELDON, MARIANNE LAKE, MARK W. O'DONOVAN, STEPHEN CUTLER, JOHN G. STUMPF, JOHN D. BAKER II, ELAINE L. CHAO, JOHN S. CHEN, LLOYD H. DEAN,  E. ENGEL, ENRIQUE HERNANDEZ, JR., DONALD M. JAMES, CYNTHIA H. MILLIGAN, NICHOLAS G. MOORE, FEDERICO F. PEÑA, PHILIP J. QUIGLEY, HOWARD V. RICHARDSON, JUDITH M. RUNSTAD, STEPHEN W. SANGER, TIMOTHY J. SLOAN, RICHARD D. LEVY, and JAMES M. STROTHER, | ECF CASE<br><br>CASE NO. 13-CV-1665-LLS<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |
| Defendants, | |
| and | |
| BANK OF AMERICA CORPORATION, JPMORGAN CHASE & CO., and WELLS FARGO & COMPANY, all Delaware corporations, | |
| Nominal Defendants. | |

PLEASE TAKE NOTICE that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure Plaintiff Daniel Ravicher hereby dismisses this action without prejudice against all defendants.

Dated: September 17, 2013              Respectfully Submitted,

                                       LAW OFFICES OF DANIEL B. RAVICHER

                                   By: /s/Daniel B. Ravicher
                                       Daniel B. Ravicher (DR0843)
                                       2000 Ponce De Leon Blvd, Ste 600
                                       Coral Gables, Florida 33134
                                       (786) 505-1205
                                       dan@ravicher.com